B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nebraska

In re  **Skyline Manor Inc.**  
                   Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

   Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Cerner HealthCare**<br>**PO BOX 412702**<br>**Kansas City, MO 64141** | **Cerner HealthCare**<br>**PO BOX 412702**<br>**Kansas City, MO 64141** | | | **24,573.99** |
| **David Hogan**<br>**356 A Webster Ave**<br>**Jersey City, NJ 07307** | **David Hogan**<br>**356 A Webster Ave**<br>**Jersey City, NJ 07307** | | | **15,500.00** |
| **Estate of Arlene Slater**<br>**Judy Pelowski**<br>**1415 N. 123rd Street**<br>**Omaha, NE 68154** | **Estate of Arlene Slater**<br>**Judy Pelowski**<br>**1415 N. 123rd Street**<br>**Omaha, NE 68154** | | | **11,100.00** |
| **Fred's Lawn Service**<br>**7123 Bedford Avenue**<br>**Omaha, NE 68104** | **Fred's Lawn Service**<br>**7123 Bedford Avenue**<br>**Omaha, NE 68104** | | | **29,849.00** |
| **Gulf South Medical**<br>**PO Box 841968,**<br>**Dallas, TX 75207** | **Gulf South Medical**<br>**PO Box 841968,**<br>**Dallas, TX 75207** | | | **31,392.36** |
| **Health MEDX**<br>**5100 N Towne Centre Dr.**<br>**Ozark, MO 65721** | **Health MEDX**<br>**5100 N Towne Centre Dr.**<br>**Ozark, MO 65721** | | | **17,931.00** |
| **Host Coffee**<br>**4320 South 102 Street**<br>**Omaha, NE 68127** | **Host Coffee**<br>**4320 South 102 Street**<br>**Omaha, NE 68127** | | | **11,390.81** |
| **Hy-Vee**<br>**5820 Westown Pkwy**<br>**Des Moines, IA 40266** | **Hy-Vee**<br>**5820 Westown Pkwy**<br>**Des Moines, IA 40266** | | | **46,613.01** |
| **Joyce Maureen Greenwell**<br>**c/o Lisa Line, Brodkey, Cuddigan, Peeble**<br>**10855 West Dodge Road, Suite 100**<br>**Omaha, NE 68154** | **Joyce Maureen Greenwell**<br>**c/o Lisa Line, Brodkey, Cuddigan, Peeble**<br>**10855 West Dodge Road, Suite 100**<br>**Omaha, NE 68154** | | | **13,545.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Skyline Manor Inc.**                                          Case No.  _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Marcus & Millichap Real Estate Investment Services of Chicago, Inc.** 8750 West Bryn Mawr Avenue, Suite 605 Chicago, IL 60631 | **Marcus & Millichap Real Estate Investment Services of Chicago, Inc.** 8750 West Bryn Mawr Avenue, Suite 605 Chicago, IL 60631 | | | **180,000.00** |
| **Margaret Carlson** c/o Barbara Gremm 14136 Cedar Creek Omaha, NE 68144 | **Margaret Carlson** c/o Barbara Gremm 14136 Cedar Creek Omaha, NE 68144 | | | **27,575.00** |
| **Medova HealthCare** PO Box 26485 Oklahoma City, OK 73126 | **Medova HealthCare** PO Box 26485 Oklahoma City, OK 73126 | | | **30,312.33** |
| **Mrs. Dorothy Menck** c/o Theodore Menck 263 S. Clubhouse Dr #207 Palatine, IL 60074 | **Mrs. Dorothy Menck** c/o Theodore Menck 263 S. Clubhouse Dr #207 Palatine, IL 60074 | | | **17,600.00** |
| **Omnicare of Nebraska** c/o Shilee Mullin 12925 West Dodge Road, Suite 107 Omaha, NE 68154 | **Omnicare of Nebraska** c/o Shilee Mullin 12925 West Dodge Road, Suite 107 Omaha, NE 68154 | | | **360,485.30** |
| **OPPD** co/ Luke Klinker, Fraser, Stryker PC 500 Energy Plaza, 409 S. 17th Street Omaha, NE 68102 | **OPPD, c/o Luke Klinker** 500 Energy Plaza, 409 S. 17th Street Omaha, NE 68102 | | | **164,710.13** |
| **Pharmerica** PO Box 409251 Atlanta, GA 30384 | **Pharmerica** PO Box 409251 Atlanta, GA 30384 | | | **100,416.81** |
| **RehabCare Group East** c/o Victoria Butler, Kutak Rock, LLP 1650 Farnam Street Omaha, NE 68102 | **RehabCare Group East** c/o Victoria Butler, Kutak Rock, LLP 1650 Farnam Street Omaha, NE 68102 | | | **273,544.50** |
| **Shannon Sales** 1005 S. 60th Street Milwaukee, WI 53214 | **Shannon Sales** 1005 S. 60th Street Milwaukee, WI 53214 | | | **16,650.50** |
| **Sysco** 900 Kingbird Road Lincoln, NE 68521 | **Sysco** 900 Kingsbird Road Lincoln, NE 68521 | | | **168,016.44** |
| **TruGreen Limited** PO Box 9001501 Louisville, KY 40290 | **TruGreen Limited** PO Box 9001501 Louisville, KY 40290 | | | **12,760.27** |