# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | |
| **SKYLINE MANOR, INC.,** ) | CASE NO. **BK14-80934** |
| ) | CHAPTER 11 |
| Debtor. ) | |
| _____) | |

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to Sections 1102(a) and 1102(b)(1) of the Bankruptcy Code, the following creditors of the above-named Debtors being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

**REHAB CARE GROUP EAST, INC.,**
d/b/a RehabCare Group Therapy Services, Inc.,
Janice McBroom, Director of Credit
7733 Forsyth Blvd., Suite 1700
St. Louis, MO 63105
Phone: 314-659-2106
Email:   Janice.mcbroom@rehabcare.com

c/o Phillip Martin
Fultz Maddox Hovious & Dickens, PLC
101 South Fifth Street
Suite 2700
Louisville, KY  40202
Phone: 502-588-2000
Email: pmartin@fmhd.com

**PHARMACY CORPORATION OF AMERICA**
d/b/a Pharmerica
Kathy Jivery
1900 South Sunset, Unit1A
Longmont, CO 80501
Phone:   (720) 652-4518
Email:   katherine.jivery@pharmerica.com

c/o Phillip Martin
Fultz Maddox Hovious & Dickens, PLC
101 South Fifth Street
Suite 2700
Louisville, KY  40202
Phone: 502-588-2000
Email: pmartin@fmhd.com

**HOST COFFEE SERVICE, INC.,**
Scott Schultz, President
4320 South 102nd Street
Omaha, NE 68127
Phone: 402-339-0440
Email: hostcoffee@yahoo.com


**OMNICARE PHARMACY OF NEBRASKA, LLC**
JoAnn Billman, Senior Manager-Special Accounts
Omnicare, Inc.,
900 Omnicare Center
201 East 4th Street
Cincinnati, OH 45202
Phone: 513-719-2703 ext: 56398
Email: joann.billman@omnicare.com


**SYSCO LINCOLN**
Brian Chambers, Credit Manager
900 Kingbird Road
Lincoln, NE   68521
Phone: 402-421-5301
Email: bchambers@lincoln.sysco.com

DATED this 15th day of May, 2014.

RESPECTFULLY SUBMITTED:

UNITED STATES TRUSTEE
Nancy Gargula
ASSISTANT U.S. TRUSTEE
Patricia D. Fahey

BY: /s/ Jerry L. Jensen
Jerry L. Jensen
Attorney for U.S. Trustee
Office of United States Trustee
United States Department of Justice
111 South 18th Plaza, Suite 1148
Roman L. Hruska U.S. Courthouse
Omaha, NE    68102
Direct:   (402) 221-4302
Email:   Jerry.L.Jensen@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2014, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification to all CM/ECF participants.

      /s/ Jerry L. Jensen