# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **Skyline Manor, Inc.,** ) | CASE NO. BK14-80934 |
| ) | |
| Debtor. ) | |
| ) | Chapter 11 |
| ) | |

## UNITED STATES TRUSTEE'S APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

COMES NOW Nancy J. Gargula, the United States Trustee for the District of Nebraska and hereby applies to the Court pursuant to Fed. R. Bank. P. 2007.1 for an Order Approving the Appointment of Ron Ross as Chapter 11 Trustee in this case. In support of the Application, the United States Trustee states as follows:

1. A Chapter 11 petition was filed by the debtor on May 8, 2014. On May 29, 2014, the Court entered an order granting the Motion to Appoint Chapter 11 Trustee filed by Oxford Finance LLC.

2. Pursuant to 11 U.S.C. § 1104(d), the United States Trustee is to appoint a trustee, after consultation with parties in interest. The Office of United States Trustee has corresponded by electronic mail with all parties who have entered an appearance through the Court's CM/ECF system and requested that they provide the United States Trustee with any comments or suggestions regarding the appointment of the trustee.

3. United States Trustee Nancy J. Gargula has selected Ron Ross of Lincoln, Nebraska to serve as the Trustee of the above-referenced Chapter 11 debtor. A copy of the resume for Ron Ross is attached hereto.

4. To the best of the Applicant's knowledge, connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee are limited to the connections set forth in his Verified Statement that is being filed with this Application.

WHEREFORE, the United States Trustee respectfully requests the Court to enter an order approving the appointment of Ron Ross as Trustee in the above-referenced Chapter 11 case.

DATED this 30th    day of May, 2014.

Respectfully Submitted:

Nancy J. Gargula
United States Trustee

Patricia Dugan Fahey
Assistant U.S. Trustee


By:    /s/ Jerry L. Jensen
Jerry L. Jensen
Attorney for United States Trustee
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 1148
Omaha, NE 68102
(402) 221-4300

## CERTIFICATE OF SERVICE

    I hereby certify that I filed the above and foregoing with the Clerk of the Bankruptcy Court on May 30, 2014 using the CM/ECF system which sent notification upon all CM/ECF participants.

                                              <u>/s/ Jerry L.  Jensen</u>