# Ron Ross

6649 Flint Ridge Road
Lincoln, NE  68506
Res: 402-432-0492
E-mail   rdross54@yahoo.com

EXPERIENCE:

2007-Present   President/CEO, Rural Health Development (RHD), Cambridge, Nebraska
1990-1998

- Founder of healthcare consulting and management company
- Consulting engagements in 37 states (assisting communities in optimizing federal and state reimbursement)
- Managed 24 hospitals and nursing homes (day to day oversight, assisting Boards with leadership, working collaboratively with numerous professionals, and assuring fiscal soundness)

2004-2007   State Treasurer, State of Nebraska

- The State's Bank-processing $500 million per month.
- Investment Council member-working knowledge of asset allocations and portfolio diversification ($10 billion pension fund)
- Streamlined and modernized banking functions

1999-2004   Director, Health and Human Services (HHS), State of Nebraska

- State's largest employer with 5000 personnel
- $2 billion per year budget
- 60 State and Federal programs
- Business approach to a social agency (increased productivity and accomplished innovations with strategic risks)

1992-1995   President/CEO, Health Care Philanthropy (HCP), Cambridge, Nebraska

- Fundraising firm-sister company to RHD
- Cultivated donors-generated millions of dollars for technology and physical plant improvements
- Capital campaigns, planned giving

1987-1992   Administrator/CEO, Cambridge Memorial Hospital (CMH), Cambridge, Nebraska

- Small rural hospital on the brink of going under
- Went from $2 million per year in revenue to over $8 million per year
- Became a model facility for the United States

1983-1984   Instructor, National College, Rapid City, SD

- Taught Business and Healthcare evening classes (traditional and non-traditional students)
- Acquired real estate license.

1981-1987   Director-Corporate Services, Rapid City Rehabilitation Hospital, Rapid City, SD

- Accountant (maximized reimbursement)
- Business development (expanded the number of facilities from 2 to 5)
- Instrumental in increasing the value of the corporation significantly

1972-1980   Business Manager-Corporate Secretary/Treasurer, Centennial Enterprises, Denver, CO

- Family owned and operated multi-dimensional corporation (J.J. Carey)
- 1500 head cow/calf operation in Northern Colorado
- 3500 acres in alfalfa in New Mexico (increased production and opened a new market to a large dairy, revenue was doubled!)
- Minority interest in 3 shopping centers
- Construction company and real estate company
- Large tourist attraction (Cave of the Winds, Manitou Springs, CO)

EDUCATION:

1972-1978   Bachelor of Science- Business, University of Colorado